Blanca Emid PETTY, Plaintiff-Appellant

v.

John Kent PETTY; Rosemarie Reeves; Chad Ellis; Mark Humphrey; John Milam Merck, Sr.; Scot A. Powell; Marie Appling Powell; Richard Kerzee; Vincent L. Marable, III; Jimmy Phillips, Jr.; Paige Curran Cunningham, Defendants-Appellees

No. 16-20306
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed July 7, 2017

Blanca Emid Petty, Pro Se

Before BENAVIDES, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Blanca Emid Petty has appealed the district court's order dismissing her diversity complaint without prejudice for failure to comply with Federal Rule of Civil Procedure 4. Petty has not shown that the district court abused its discretion. *See* FED. R. CIV. P. 4(m); *Lindsey v. United States R.R. Retirement Bd.*, 101 F.3d 444,

---

445 (5th Cir. 1996). The district court's order is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.